IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No. C 12-5783 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| GUADALUPE MEDINA, et al., | |
| Defendants. | |

In light of plaintiff's recently filed motion for default judgment, noticed for hearing April 26, 2013, the Case Management Conference currently scheduled for February 22, 2013 is hereby CONTINUED to June 14, 2013. If the case is not resolved prior to June 7, 2013, an updated Case Management Statement shall be filed by said date.

**IT IS SO ORDERED.**

Dated: February 14, 2013

MAXINE M. CHESNEY
United States District Judge