IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

        Plaintiff,

  v.

GUADALUPE MEDINA, et al.,

        Defendants.
                          /

No. CV- 12-5783 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

J & J's application for default judgment is hereby GRANTED in part, and plaintiff shall have judgment against defendants in the amount of $6000.

Dated: April 23, 2013

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk